JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEMETRIUS C. WALTON,  ) Case No. EDCV 16-00691-MWF (KES)
                     Petitioner,  )
                        )  **JUDGMENT**
     vs.  )
                        )
RAYMOND MADDEN,  )
Warden,  )
              Respondent.  )

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 25, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1